# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 19, 2011

No. 10-60564
Summary Calendar

Lyle W. Cayce
Clerk

CHI-CHI CHANG, also known as Qi Qi Zhang,

Petitioner

v.

ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A077 922 121

Before JOLLY, GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

Chinese citizen Chi-Chi Chang petitions for review of the order of the Board of Immigration Appeals (BIA) denying his motion to reopen his removal proceedings. Chang filed his motion to reopen more than 90 days after the BIA's final order in the removal proceeding. He argues that his motion was timely because it was based on changed country conditions in China, i.e., his own recent conversion to Christianity and the disadvantageous position in which his religious activities placed him with the Chinese government.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-60564

We review the BIA's denial of a motion to reopen under a deferential abuse of discretion standard. *Manzano-Garcia v. Gonzales*, 413 F.3d 462, 469 (5th Cir. 2005).   Changed personal circumstances do not constitute changed country circumstances for purposes of 8 C.F.R. 1003.2(c)(2) and (c)(3)(ii). *In re C-W-L*, 24 I. & N. Dec. 346, 350 (BIA 2007).   The BIA's denial of Chang's motion to reopen was not an abuse of discretion. *See Manzano-Garcia,* 413 F.3d at 469.

PETITION DENIED.